JUN-20-2012 WED 10:04 AM US ATTORNEY'S OFFICE        FAX NO. 303 454 0401        P. 02

06/15/2012 02:38   9782459417        FEDEXOFFICE1854        PAGE 02/02

PS 42
(8/98 D/CO)

# United States District Court
## District of Colorado

United States of America            )
                                    )
        vs                          )
                                    )
James Litke                         )            Case No. 12-cr-00023-REB

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, James Litke, have discussed with Denise Dohanic, Probation Officer, modification of my release as follows:

1. The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

2. The defendant shall remain compliant and shall take all medications that are prescribed by his/her treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his/her prescribed medications is maintained.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6-18-12    _____ 6-8-12
Signature of Defendant     Date       Probation Officer           Date
James Litke

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____             6/18/12
Signature of Defense Counsel          Date
Brian R. Leedy

_____             6/20/12
Signature of Assistant U.S. Attorney   Date
~~Greg Holloway~~
DAVID M. CONNER

[X]   The above modification of conditions of release is ordered, to be effective on 7/5/12.

[ ]   The above modification of conditions of release is <u>not</u> ordered.

_____     7/5/12
Signature of Judicial Officer                           Date